**McDERMOTT WILL & EMERY LLP**
CHARLES E. WEIR (State Bar No. 211091)
cweir@mwe.com
JASON D. STRABO (State Bar No. 246426)
jstrabo@mwe.com
KATE M. HAMMOND (State Bar No. 293433)
khammond@mwe.com
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

**SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP**
Joseph M. Conley (*admitted pro hac vice*)
joe@musiclaw.com
494 Eighth Avenue, Sixth Floor
New York, NY 10001
Telephone: (212) 245-4580
Facsimile: (212) 956-6471

Attorneys for Plaintiffs and Judgment Creditors
EXPERIENCE HENDRIX, LLC and AUTHENTIC HENDRIX, LLC

FILED
CLERK, U.S. DISTRICT COURT

JAN 3, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERIENCE HENDRIX, LLC and AUTHENTIC HENDRIX, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HENDRIXLICENSING.COM, LTD and ANDREW PITSICALIS, <br><br> Defendants. | CASE NO. 2:17-cv-07235-VAP (MRWx) <br><br> **[PROPOSED] ORDER OF CIVIL CONTEMPT AGAINST JUDGMENT DEBTOR ANDREW PITSICALIS** |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

This Court, having considered the Application of Experience Hendrix, LLC and Authentic Hendrix, LLC ("Hendrix Creditors") for an order to show cause regarding contempt (the "Application"), the declarations and evidence submitted in support thereof, the documents submitted in opposition and reply thereto, and the pleadings and other documents on file herein, and having heard oral argument of counsel, and for good cause appearing, the Court concludes that judgment debtor Andrew Pitsicalis ("Pitsicalis") has violated the Court's April 23, 2018 Order Granting Judgment Debtors' Application for Charging Order and Appointment of Receiver [Dkt. No. 70] (the "Charging Order").

Pitsicalis's violations of the Charging Order include: (a) failing to secure approval from the appointed Receiver, Kevin Singer of Receivership Specialists (the "Receiver"), for all expenditures by charged entities Purple Haze Properties, LLC ("Purple Haze Properties") and Rockin Artwork, LLC ("Rockin Artwork") (collectively, the "Charged Entities") as required by the Order; (b) failing to provide to the Hendrix Creditors distributions to which the Hendrix Creditors were entitled; and (c) failing to deliver to the Receiver all books, records, and other reports to which the Receiver is entitled under the terms of the Charging Order.  In consideration of such violations,

**IT IS HEREBY ORDERED** that:

1.  Pitsicalis is hereby held in civil contempt;

2.  No expenditures or distributions of funds or assets shall be made by the Charged Entities unless made by the Receiver or his appointee;

3.  Within three (3) business days of the entry of this Order (or such extended time as is expressly approved by the Receiver in writing), Pitsicalis shall permanently remove any and all existing signatories and/or authorities from any financial accounts currently held in the name of Purple Haze Properties and/or Rockin Artwork (or their designees and appointed agents) and such signatories

and/or authorities will be replaced with Kevin Singer of Receivership Specialists and/or his appointee. Mr. Singer and/or his appointee will thereafter be the sole and exclusive signatory and/or authority on all such accounts, which will include any and all bank accounts, accounts maintained with electronic funds transfer services, and securities accounts, including without limitation any accounts maintained for Purple Haze Properties or Rockin Artwork at Bank of America, Wells Fargo, Wilson-Davis & Co., Inc., Alpine Securities Corporation, Scottsdale Capital Advisors, Venmo, PayPal or Zelle or any other account in existence but not previously identified by Pitsicalis and/or the Charged Entities. In the event that Pitsicalis is unable to effect the change of signatory and/or authority with regard to any of the foregoing accounts, the Receiver shall be authorized to sign any and all documents necessary to open such new accounts as are necessary to effect such change of signatories and/or authorities, and following opening of such account(s), close any existing account(s) as to which Pitsicalis and/or the Receiver are unable to effect such change(s) of signatories and/or authorities;

4. Within ten (10) business days of the entry of this Order, or by such other deadline as is expressly extended by the Receiver in writing, Pitsicalis will deliver to the Hendrix Creditors all funds disbursed from or expended by either Purple Haze Properties or Rockin Artwork (or any financial account of either of the foregoing entities) since April 23, 2018 that were not either (a) expressly approved by the Receiver in his email of May 24, 2018, or (b) retroactively approved by the Receiver in writing following entry of this Order;

5. Within three (3) business days of the date of this Order, Pitsicalis shall (a) provide each person or entity from which either Purple Haze Properties or Rockin Artwork receive funds, revenue, or payments (in any form, whether in cash or in kind) with written notice of the existence and terms of this Order; (b) instruct such person or entity in writing to deliver all such funds, revenue, or payments to

the Receiver (either by (i) delivery to the accounts operated by Receiver as described in Item 3 above or (ii) delivery to the Receiver's office located at Receivership Specialists, 11150 W. Olympic Blvd., Suite 810, Los Angeles, CA 90064 (attn. Kevin Singer)), accompanied by a written receipt showing the source, amount and type of such funds, revenue, or payments; and (c) deliver to the Receiver documents evidencing his provision of the notifications described in 5(a) and (b).  To the extent that any person or entity not initially provided with such notice attempts to provide, offers to provide, or provides to Pitsicalis, Rockin Artwork and/or Purple Haze Properties any funds, revenue, or payments (in any form, whether in cash or in kind), Pitsicalis will promptly provide all such additional sources with notice satisfying the requirements of this Paragraph, and take all necessary steps to ensure that such funds, revenue, or payments are immediately delivered to the Receiver in their entirety, accompanied by a receipt meeting the requirements of Paragraph 5(c).

6.      Pitsicalis will provide to the Receiver via email, on Monday each week written reports setting forth all funds, revenue, or payments (including, but not limited to, income) received (regardless of form), from any entity since the issuance of the prior report.  Such reports will include for each item of funds, revenue, or payments, the date, amount, and source of such item; and

7.      The Hendrix Creditors are awarded their reasonable fees and costs, the amount of which will be determined upon application to be filed by the Hendrix Creditors.

///

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

Nothing in this Order is intended to limit the application of the Charging Order, which shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: January 3, 2019

By: _Virginia A. Phillips_

Honorable Virginia A. Phillips
Chief District Judge

DM_US 157241986-2.104846.0011